JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, a California General Partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>FIVE STARS INTERNATIONAL TRADING, INC., a Florida Corporation, DBA YsNails,<br><br>  Defendant. | CASE No. CV09-07919-PA (RCx)<br><br>**ORDER FOR PERMANENT INJUNCTION** |

0067.151\9995

[PROPOSED] ORDER FOR PERMANENT INJUNCTION

Having reviewed the Motion for Default Judgment and Permanent Injunction submitted by Plaintiff American International Industries and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. FIVE STARS INTERNATIONAL TRADING, INC., a Florida Corporation, DBA YsNails, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice hereof, are permanently restrained and enjoined from reproducing, distributing or using in any way the Boogie Nights mark, or any derivative or confusingly similar mark in connection with marketing nail care products.

DATED: February 19, 2010

_____
Honorable Percy Anderson

Submitted by:
CONKLE, KREMER & ENGEL
Professional Law Corporation
Mark D. Kremer
Kevin R. Keegan

_____
Kevin R. Keegan
Attorneys for Plaintiff American International Industries

0067.151\9995

-1-
[PROPOSED] ORDER FOR PERMANENT INJUNCTION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California 90403-2351.

On January 19, 2010, I served true copies of the following document(s) described as **[PROPOSED] ORDER FOR PERMANENT INJUNCTION** on the interested parties in this action as follows:

Five Stars International Trading, Inc.
2040 NW 98 Avenue, #201
Miami, FL 33172

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Conkle, Kremer & Engel's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 19, 2010, at Santa Monica, California.

Julie Black

0067.151\9995

-2-
[PROPOSED] ORDER FOR PERMANENT INJUNCTION